## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hicks, Margaret V

Printed: 01/22/09

Case Number:  07 B 15277

Judge:  Squires, John H

Filed:  8/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 10, 2008

Confirmed:  October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,582.00 |  |
| Secured: |  | 4,573.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,557.00 |
| Trustee Fee: |  | 451.79 |
| Other Funds: |  | 0.00 |
| Totals: | 7,582.00 | 7,582.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,557.00 | 2,557.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 37,410.05 | 4,573.21 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 418.23 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,032.50 | 0.00 |
| 7. | West Asset Management | Unsecured |  | No Claim Filed |
| 8. | West Asset Management | Unsecured |  | No Claim Filed |
| 9. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,417.78 | $ 7,130.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 201.53 |
| 6.5% | 250.26 |
|  | $ 451.79 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hicks, Margaret V

       Printed: 01/22/09

Case Number:  07 B 15277

Judge:  Squires, John H

Filed:  8/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

